

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-22-2005

# In re: Kerwin

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4408

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In re: Kerwin " (2005). *2005 Decisions.* Paper 1324.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1324

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 04-4408
_____

IN RE: RYAN KERWIN,
Petitioner
_____

ON A PETITION FOR WRIT OF MANDAMUS FROM THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
(Related to E.D. Pa. Civ. No. 03-cv-05645)
_____

Submitted Under Rule 21, Fed. R. App. Pro.
January 21, 2005
Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

Filed: April 22, 2005
_____

OPINION
_____

PER CURIAM.

Ryan Kerwin, a Pennsylvania inmate serving a five to ten-year sentence in prison imposed in January 1999 for various offenses, has filed a petition for writ of mandamus. Kerwin seeks to compel the District Court to render a final decision on his petition for writ of habeas corpus, which was filed pursuant to 28 U.S.C. § 2254.

1

On April 11, 2005, subsequent to the filing of Kerwin's mandamus petition, the District Court entered an order denying his § 2254 petition. Because the District Court has afforded Kerwin the relief sought, we will deny the mandamus petition as moot.